

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00062-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF J.J.**

From Probate Court No. 1, Bexar County, Texas
Trial Court No. 2009-MH-0147
Honorable Oscar J. Kazen, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   March 11, 2009

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM